UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK DEVEL WALLACE, | ) | CASE NO. CV 07-4021-PA (PJW) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>April 15, 2010</u>

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~0074169.wpd